UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

               Plaintiff,

-against-

Michael E. Noonan

               Defendant.

7:18-MJ-6194(MRG)

**JUDGMENT**

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on September 21, 2018. The Court thereafter accepted the defendant's plea of guilty to Unlicensed Operation of a Vehicle, in violation of § 509.1 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed on July 20, 2018, and it is,

ORDERED, ADJUDGED AND DECREED that the Defendant pay a fine of $150.00 by October 16, 2018 or appear in Court on October 17, 2018 to explain why the fine has not been paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge